IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONYA GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-1130-SMY-DGW |
| | ) | |
| OLIN CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On October 27, 2015, this Court held a settlement conference in the above case in which the parties appeared by counsel. The case did not settle because it was brought to the Court's attention that The Hartford/Twin City Fire Insurance Company has a lien on Plaintiff's workman's compensation claim. The Hartford/Twin City Fire Insurance Company, then, is a necessary party (for the purposes of a settlement conference only).

**IT IS HEREBY ORDERED** that the settlement conference is **RESET** to **December 16, 2015 at 1:00 p.m.** The parties and their counsel shall appear in addition to a representative of the The Hartford/Twin City Fire Insurance Company, with full settlement authority, **IN PERSON**. The Clerk of Court is **DIRECTED** to mail a copy of this Order to Mike Zapitz/John Coutre, Twin City Fire Insurance Company, P.O. Box 14468, Lexington, KY 40512-4272, forthwith.

**IT IS SO ORDERED.**

**DATED: October 27, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**