IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONYA GEORGE, | ) |
|     Plaintiff, | ) |
| v. | )     Case No. 3:14-cv-1130-SMY-DGW |
| OLIN CORPORATION, | ) |
|     Defendant, | ) |
| v. | ) |
| STOREROOM SOLUTIONS, INC., | ) |
|     Third-Party Defendant. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

The parties appeared today for a settlement conference in this matter. The Court finds that the Third-Party, Storeroom Solutions, Inc., is in violation of the Court's Order and Notice of Settlement Conference (Doc. 21). That Order states, in pertinent part:

> The purpose of the settlement conference is to permit an informal discussion of every aspect of the lawsuit bearing on its settlement value and to discuss, propose and consider, and, in appropriate instances, to enter into settlement agreements. **For these purposes it is essential that all <u>necessary parties</u> be present in person. This includes, but is not limited to, trial counsel and the individual parties. In the case of corporate parties and insurance carriers, a representative executive SHALL be present who has unrestricted authority to discuss, consider, propose and agree, or disagree, to any settlement proposal or offer.**

\*\*\*

**THE PARTIES ARE CAUTIONED THAT FAILURE TO BRING ALL NECESSARY PARTIES TO THE SETTLEMENT CONFERENCE COULD RESULT IN THE CONFERENCE BEING RESCHEDULED WITH SANCTIONS IMPOSED UPON THE OFFENDING PARTY**.

During the settlement conference it became apparent to the Court that all necessary parties were not present. In particular, the Third-Party's insurance carrier for employee claims, etc., The Hartford had an attorney present, but a person with ultimate settlement authority was not present. The attorney informed the Court that the person with ultimate settlement authority is Susan Houston, the Worker's Compensation Subrogation Adjuster with The Hartford. Ms. Houston is accordingly a necessary party as defined in the Court's Order. Therefore, the settlement conference is **CONTINUED** to **April 4, 2016 at 9:00 a.m.** before the undersigned judge.

**The attorneys for the parties, along with Susan Houston of The Hartford are ORDERED to be present in-person.**

**The parties are CAUTIONED that failure to comply with this Order SHALL result in substantial financial sanctions, including penalties for contempt.**

**Storeroom Solutions, Inc. is further ORDERED to serve a copy of this Order to the General Counsel of The Hartford and to file with the Court a notice indicating compliance (and the name of the particular person served) by April 4, 2016.**

**IT IS SO ORDERED.**

**DATED: March 28, 2016**

                                                        **DONALD G. WILKERSON**
                                                        **United States Magistrate Judge**